```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

IN RE GENERALI COVID-19 TRAVEL
INSURANCE LITIGATION

ORDER NO. 2

─────────────────────────────────

MASTER FILE NO.:
20-md-2968

<u>ORDER</u>

THIS DOCUMENT RELATES TO:
ALL CASES

**JOHN G. KOELTL, District Judge:**

For purposes of the record, defense counsel should list Bronwyn F. Pollock as Lead Counsel and Christopher James Houpt as Liaison Counsel for the defendants.

    Bronwyn F. Pollock
    Mayer Brown LLP
    350 S. Grand Avenue, 25th Floor
    Los Angeles, CA 90071
    (213)-229-5194
    Email: bpollock@mayerbrown.com

    Christopher J. Houpt
    Mayer Brown LLP (NY)
    1221 Avenue of the Americas, 14th Floor
    New York, NY 10020-1001
    (212) 506-2380
    FAX: (212) 849-5830
    Email: choupt@mayerbrown.com

    SO ORDERED.

**Dated:**    New York, New York
            January 28, 2021

                                  /s/ John G. Koeltl
                                    John G. Koeltl
                            United States District Judge