UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE GENERALI COVID-19 TRAVEL
INSURANCE LITIGATION.                           20-md-2968 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

This Court granted motions to dismiss claims of various plaintiffs in this consolidated case, and stayed other claims that were subject to arbitration. See ECF Nos. 56, 57. As to plaintiff Oglevee, the Court dismissed certain claims and stayed other claims that were subject to arbitration.

It appears that it would be reasonable to sever those cases where the claims have been dismissed and to enter a final judgment dismissing those cases and claims. As to Oglevee, those claims that have been dismissed could be severed and subject to a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

The parties should advise the Court by **January 28, 2022**, if they agree with this procedure. If not, the parties should explain their objections. If the procedure is acceptable, the

parties should propose a schedule for the submission of a proposed judgment and any objections.

SO ORDERED.
Dated:   New York, New York
         January 17, 2022

_____
John G. Koeltl
United States District Judge