UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GENERALI COVID-19 TRAVEL
INSURANCE LITIGATION.

20-md-2968 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Liaison Counsel is requested to report to the Court on the status of the following cases: <u>Sanchez</u>, 20cv10673; <u>Keith</u>, 20cv10713; <u>Sheridan</u>, 20cv10719; <u>Patterson</u>, 20cv10755; <u>Young</u>, 20cv11007.

These plaintiffs do not appear to have been listed in the Consolidated Complaint and the cases appear to be open. Is that correct and what do counsel propose as to those cases? Are there any other cases in the MDL docket that have not been dismissed or stayed pending arbitration?

The Court appreciates your assistance in taking care of the docket.

SO ORDERED.
Dated:   New York, New York
         July 8, 2022

                                    _____
                                    John G. Koeltl
                                    United States District Judge

1