UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE GENERALI COVID-19 TRAVEL
INSURANCE LITIGATION.

20-md-2968 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On July 8, 2022, the Court issued an order instructing Liaison Counsel to report to the Court on the status of five cases which should have been the subject of the Consolidated Complaint in this action. See ECF No. 68. No response has been filed. Liaison Counsel should report to the Court by July 25, 2022. If there is no response by that date these cases may be dismissed without prejudice for failure to prosecute.

SO ORDERED.
Dated:   New York, New York
         July 18, 2022

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

1